In the Matter of HARRY SMITH, Appellant, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the State of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J. Cohn, Callahan, Van Voorhis and Shientag, JJ. [198 Misc. 886.] [See *post*, p. 653.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. MERCER HICKS CORPORATION et al., Defendants. GEORGE C. KIMBER et al., as Trustees under the Will of ANNE A. KIMBER, Deceased, Appellants; DANIEL J. RIESNER, as Receiver, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [198 Misc. 628.] [See *post*, p. 940.]

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID EDWARDS, in Behalf of MARY L. WHARTON, Appellant, against WARDEN OF THE WOMEN'S HOUSE OF DETENTION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

In the Matter of JOSEPH J. REGAN, Individually and as President of the Railroad Clerks Association, et al., Appellants, against JOSEPH A. MCNAMARA et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

HELEN A. DUNLAVEY, Respondent, v. WILLARD J. GRANDE, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and appellant's motion for a change of venue granted. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

ARTHUR S. DAVIS, Respondent, v. E. GREENEBAUM Co., Defendant, and ADOLPH BANGSER et al., as Administrators C. T. A. of HATTIE G. NEWMAN, Deceased, et al., Appellants. A. ALAN REICH, as Trustee in Bankruptcy of E. GREENEBAUM Co., Substituted Plaintiff-Respondent.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

HELEN R. GOODMAN, Respondent, v. JUKE GOODMAN, Appellant.— Order reversed. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.; Shientag, J., dissents and votes to affirm. [See *post*, p. 684.]

■

HAIA LEW, Respondent, v. NATHAN LEW, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [Order granted motion for leave to discontinue action.]